# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

NOELLE LLAMAS and KEN KLIPPENSTEIN,

    Plaintiffs,

v.   Case No:   6:21-cv-1169-RBD-LRH

U.S. CUSTOMS AND BORDER PROTECTION, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. DEPARTMENT OF HOMELAND SECURITY, FEDERAL BUREAU OF INVESTIGATION, U.S. MARSHALS SERVICE and U.S. DEPARTMENT OF JUSTICE,

    Defendants.

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

This matter comes before the undersigned after a preliminary pretrial conference held on referral by the presiding District Judge. Doc. Nos. 23, 26. Upon consideration of the representations of the parties, as well as their Case Management Report (Doc. No. 22), it is respectfully **RECOMMENDED** that the Court enter the following schedule in this case:

| Deadline for moving to join a party or amend the pleadings: | April 30, 2022 |
|---|---|

| Deadline for filing summary judgment motions | **August 31, 2022** |
| --- | --- |
| Deadline for responses to summary judgment motions | **September 30, 2022** |
| Deadline for reply briefs to summary judgment motions | **October 14, 2022** |

At the pretrial conference, the parties agreed that, due to the nature of this case,[1] they withdraw their request for a settlement conference before a United States Magistrate Judge. *See* Doc. No. 22, at 2. The parties also agreed that, given the nature of the case, mediation will not be necessary. Based on these representations, I recommend the Court decline to order the parties to attend mediation at this time. *See, e.g.*, *Llamas et al. v. U.S. Dep't of Justice*, No. 6:20-cv-2221-Orl-CEM-LRH, Doc. No. 8 (M.D. Fla. Jan. 4, 2021) (entering briefing scheduling in FOIA case without requirement for mediation); *Llamas et al., v. U.S. Immigration & Customs Enforcement*, No. 6:19-cv-1916-Orl-WWB-EJK, Doc. No. 19 (M.D. Fla. July 27, 2020) (same).

As to motions for summary judgment, the parties shall submit with any such motions any exhibits and or records they wish the Court to consider in resolving the motions. The parties may submit the exhibits or records by joint notice or as attachments to their individual motions. The parties also agreed that this case would be resolved on the summary judgment papers, and therefore did not request

---

[1] This case arises under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").

a final pretrial conference or trial date.  Based on these representations, I further recommend the Court decline to schedule this case for a trial term, or final pretrial conference.  *See Miscavige v. I.R.S.*, 2 F.3d 366, 369 (11th Cir. 1993) ("Generally, FOIA cases should be handled on motions for summary judgment.").

## NOTICE TO PARTIES

A party has fourteen days from the date the Report and Recommendation is served to serve and file written objections to the Report and Recommendation's factual findings and legal conclusions.  Failure to serve written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. 11th Cir. R. 3-1.

Recommended in Orlando, Florida on October 29, 2021.

_____
LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record