UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NOELLE LLAMAS; and KEN KLIPPENSTEIN,

    Plaintiffs,

v.                                  Case No. 6:21-cv-1169-RBD-LRH

U.S. CUSTOMS AND BORDER PROTECTION; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY; FEDERAL BUREAU OF INVESTIGATION; U.S. MARSHALS SERVICE; and U.S. DEPARTMENT OF JUSTICE,

    Defendants.
_____

**ORDER**

After receiving the Case Management Report (Doc. 22) in this Freedom of Information Act action (Doc. 1), U.S. Magistrate Judge Leslie R. Hoffman conducted a preliminary pretrial conference to discuss scheduling. (Doc. 28.) Judge Hoffman then submitted a Report and Recommendation ("R&R") recommending that the Court enter a modified Case Management and Scheduling Order. (Doc. 27.) The parties did not object and the deadline has passed, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. Judge Hoffman's R&R (Doc. 27) is **ADOPTED, CONFIRMED**, and made a part of this Order in its entirety.

2. The Court will enter a Case Management and Scheduling Order reflecting the recommendations in the R&R (Doc. 27, pp. 1–2).

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 22, 2021.

ROY B. DALTON JR.
United States District Judge