UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NOELLE LLAMAS and KEN
KLIPPENSTEIN,

        Plaintiffs,

v.                                                        Case No:   6:21-cv-1169-RBD-LHP

U.S. CUSTOMS AND BORDER
PROTECTION, U.S. IMMIGRATION
AND CUSTOMS ENFORCEMENT,
U.S. DEPARTMENT OF HOMELAND
SECURITY, FEDERAL BUREAU OF
INVESTIGATION, UNITED STATES
MARSHALS SERVICE and UNITED
STATES DEPARTMENT OF JUSTICE,

        Defendants

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   AMENDED JOINT MOTION TO STAY CASE (Doc. No. 39)
>
> **FILED:**     June 30, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED in part and DENIED in part**.

Upon consideration of the representations in Joint Motion that the parties "have reached an agreement on a production method and schedule with respect to each agency," and that "production by the parties under the agreements will resolve the presently pending claims," Doc. No. 39, at 2, the Court finds the request for a limited stay well taken. However, given the lack of detail provided in the motion, the Court is not inclined to stay the case for 180 days, as requested. Instead, the Court will permit a more limited stay of 90 days, with a status report due at the expiration of the stay, which, if the parties contend any further stay is warranted at that time, must detail the production schedule if any production remains outstanding.

Accordingly, it is **ORDERED** that the Amended Joint Motion to Stay Case (Doc. No. 39) is **GRANTED in part and DENIED in part.** This cause is hereby **STAYED** for a period of **ninety (90) days** from the date of this Order. **On or before expiration of this ninety (90) day period**, the parties shall file a joint status report. If the parties contend that an extension of the stay is warranted, the status report must provide the production schedule, and detail as to what production remains outstanding.

**DONE** and **ORDERED** in Orlando, Florida on July 11, 2023.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties