**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

NOELLE LLAMAS and KEN
KLIPPENSTEIN,

        Plaintiffs,

v.                                                                           Case No:   6:21-cv-1169-RBD-LHP

U.S. CUSTOMS AND BORDER
PROTECTION, U.S. IMMIGRATION
AND CUSTOMS ENFORCEMENT,
U.S. DEPARTMENT OF HOMELAND
SECURITY, FEDERAL BUREAU OF
INVESTIGATION, UNITED STATES
MARSHALS SERVICE and UNITED
STATES DEPARTMENT OF JUSTICE,

        Defendants

---

**ORDER LIFTING STAY AND SETTING BRIEFING SCHEDULE**

On July 11, 2023, based on the parties' representations that they "have reached an agreement on a production method and schedule with respect to each agency," and that "production by the parties under the agreements will resolve the presently pending claims," Doc. No. 39, at 2, the Court granted in part a request for a stay of this case and stayed the case for a period of ninety (90) days.   Doc. No. 40. The Court ordered the parties, on or before expiration of the stay, to file a joint status

report, which, if the parties contended that an extension of the stay was warranted, was required to include "the production schedule, and detail as to what production remains outstanding." *Id.* at 2.

Now before the Court is the parties' Joint Status Report Regarding Production of Documents Pursuant to FOIA. Doc. No. 41. The Joint Status Report, however, does not request further extension of the stay, nor does it include a production schedule. *See id.* Consequently, the Court will lift the stay and set a briefing schedule for this case.

Accordingly, it is **ORDERED** that the stay, *see* Doc. No. 40, is hereby **LIFTED**. The following schedule will apply to the remainder of this case:

- Deadline for filing summary judgment motions:   December 11, 2023
- Deadline for responses to summary judgment motions:   January 10, 2024
- Deadline for reply brief to summary judgment motions:   January 24, 2024

**These deadlines will not be extended absent a showing of truly exigent circumstances.**

**DONE** and **ORDERED** in Orlando, Florida on October 11, 2023.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties